Duane E. Okken, #007470
Attorney at Law
8514 E. Montecito
Scottsdale, Arizona  85251
dokken@sprintmail.com
(480) 949-5134
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Roxanne Rogers, a single woman, | No. CV-10-1693-PHX-LOA |
| Plaintiff, | **PLAINTIFF'S MOTION FOR PERMISSION TO FILE HER SECOND MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE HER RESPONSE TO DEFENDANTS' PENDING MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |
| vs. | |
| Brauer Law Offices, PLC, an Arizona professional limited liability company; Adam Brauer, a single man; Steven W. Zachary, a single man; George Samara and Johanna Samara, husband and wife, | |
| Defendants. | |

Plaintiff, by and through her undersigned counsel, hereby requests that the Court grant permission for Plaintiff to file her Second Motion to Extend the Time for Plaintiff to File Her Response to Defendants' Motion for Summary Judgment under seal.  The Motion contains, by necessity, private and personal medical information concerning undersigned counsel's family members.  Therefore we respectfully ask that the Court

allow such Motion to be filed under seal.

DATED this 28th day of October, 2011.

                                                           _____/s/ Duane E. Okken_____
                                                               Duane E. Okken
                                                               Attorney at Law
                                                               Attorney for Plaintiff

I certify that on October 28, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jay A. Zweig
Melissa R. Costello
Two North Central Ave., Ste. 2200
Phoenix, 85004-4406
Attorneys for Defendants

__/s/ Duane E. Okken_____