# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Roxanne Rogers, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff, ) | CV 10-1693-PHX-LOA |
| ) | |
| v. ) | |
| ) | |
| Brauer Law Offices, PLC, et al, ) | |
| ) | |
| Defendants. ) | |

\_\_\_ Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 10, 2012,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed.

 BRIAN D. KARTH
 District Court Executive/Clerk

February 10, 2012

  s/ D. Taylor
 By: Deputy Clerk


cc: (all counsel)